UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| | ) | |
| JUDITH SCHWEINLER, | ) | Case No. 15-80547 |
| | ) | |
| Debtor. | ) | Judge Thomas M. Lynch |

## CERTIFICATE OF MAILING

    I, the undersigned, on oath state that on May 26, 2016, I personally mailed the Notice of Trustee's Final Report and Application for Compensation on the persons listed on the attached service list.


/s/ Nancy L. Hrynkow



BARRICK, SWITZER, LONG,
  BALSLEY & VAN EVERA
BY:  JAMES E. STEVENS (3128256)
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611
jstevens@bslbv.com

Label Matrix for local noticing
0752-3
Case 15-80547
Northern District of Illinois
Rockford
Thu May 26 06:10:45 CDT 2016

Green Tree Servicing LLC
c/o Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527-6921

U.S. Bankruptcy Court
Western Division
327 South Church Street
Rockford, IL 61101-1320

Amexdsnb
Attn: Bankruptcy Dept.
9111 Duke Blvd
Mason,OH 45040-8999

BK OF AMER
Attn: Bankruptcy Dept.
1800 Tapo Canyon Rd
Simi Valley,CA 93063-6712

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

BK OF AMER
Attn: Bankruptcy Dept.
Po Box 17054
Wilmington,DE 19850-7054

Blitt and Gaines, PC
Bankruptcy Dept.
661 Glenn Ave.
Wheeling,IL 60090-6017

CAP1/Carsn
Attn: Bankruptcy Dept.
26525 N Riverwoods Blvd
Mettawa,IL 60045-3440

CBCS
Bankruptcy Dept.
PO Box 69
Columbus,OH 43216

Capital One
Attn: Bankruptcy Dept.
26525 N Riverwoods Blvd
Mettawa,IL 60045-3438

Capital One Bank
Bankruptcy Department
PO Box 60024
City Of Industry,CA 91716-0024

Capital One, N.A.
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-1340

Chase BP PRVT LBL
Attn: Bankruptcy Dept.
Po Box 15298
Wilmington,DE 19850-5298

Codilis & Associates, PC
Bankruptcy Dept.
15W030 N. Frontage Rd. #100
Burr Ridge,IL 60527-6921

Comcast
C/O Southwest Credit Syste
4120 International Pkwy
Carrollton,TX 75007-1957

Credit First NA
BK 13 Credit Operations
PO Box 818011
Cleveland,OH 44181-8011

Credit First NA
Po Box 818011
Cleveland, OH 44181-8011

Equifax
Attn: Bankruptcy Dept.
PO Box 740241
Atlanta,GA 30374-0241

Experian
Attn: Bankruptcy Dept.
PO Box 2002
Allen,TX 75013-2002

First N American National Bank
C/O Jefferson Capital Systems LLC
PO Box 7999
Saint Cloud,MN 56302-7999

Freedman Anselmo Lindberg LLC
Bankruptcy Dept.
1771 West Diehl Rd.
Naperville,IL 60563-1828

GE Money Retail BANK
C/O Cach, LLC
4340 S Monaco St Unit 2
Denver,CO 80237-3485

Global Credit & Collection
Bankruptcy Dept.
PO Box 101928
Birmingham,AL 35210-6928

(c)GREEN TREE SERVICING L
ATTN: BANKRUPTCY DEPT.
332 MINNESOTA ST STE E610
SAINT PAUL MN  55101-1311

HSBC BANK Nevada/Cavalry Spv I Llc
C/O Cavalry Portfolio SERV
Po Box 27288
Tempe,AZ 85285-7288

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Kohls/Capone
Attn: Bankruptcy Dept.
N56 W 17000 Ridgewood Dr
Menomonee Falls,WI 53051-7096

Law Firm of Allan C Smith
Bankruptcy Dept
1276 Veterans Highway Ste E-1
Bristol,PA 19007-2597

Macys American Express
C/O Northland Group Inc.
PO Box 390905
Edina,MN 55439-0905

McHenry County Clerk
13SC337
2200 N. Seminary Ave.
Woodstock,IL 60098-2698

McHenry County Clerk
14CH1055
2200 N. Seminary Ave.
Woodstock,IL 60098-2698

McHenry County Clerk
14SC3103
2200 N. Seminary Ave.
Woodstock,IL 60098-2698

Mcydsnb
Attn: Bankruptcy Dept.
9111 Duke Blvd
Mason,OH 45040-8999

Navient
Attn: Bankruptcy Dept.
Po Box 9500
Wilkes Barre,PA 18773-9500

Navient Solutions Inc
220 Lasley Ave.
Wilkes-Barre Pa 18706-1430

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Sears/CBNA
Attn: Bankruptcy Dept.
Po Box 6283
Sioux Falls,SD 57117-6283

Syncb/CARE CREDIT
Attn: Bankruptcy Dept.
Po Box 965036
Orlando,FL 32896-5036

Syncb/HOME SHOPPING
Attn: Bankruptcy Dept.
Po Box 965005
Orlando,FL 32896-5005

Transunion
Attn: Bankruptcy Dept.
PO Box 1000
Chester,PA 19022-1023

Winding Creek Townhome Assoc
Bankruptcy Dept
50 E Commerce Ste 110
Schaumburg,IL 60173-5308

World Financial Network BANK
C/O Portfolio Recovery ASS
120 Corporate Blvd Ste 1
Norfolk,VA 23502-4962

Daniel Fasman
Geraci Law L.L.C.
55 E. Monroe St. #3400
Chicago, IL 60603-5920

James E Stevens
Barrick, Switzer, Long, Balsley & Van Ev
6833 Stalter Drive
Rockford, IL 61108-2582

Judith Schweinler
1 Clara Ct
Algonquin, IL 60102-6848

Patrick S Layng
Office of the U.S. Trustee, Region 11
780 Regent St.
Suite 304
Madison, WI 53715-2635

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BK OF AMER
Attn: Bankruptcy Dept.
4161 Piedmont Pkwy
Greensboro,NC 27410

(d)BK OF AMER
Attn: Bankruptcy Dept.
Po Box 982235
El Paso,TX 79998

Jefferson Capital Systems LLC
Purchased From Aspire Visa
Po Box 7999
Saint Cloud Mn 56302-9617
Orig By: 1St N Amer Natl Bank

Portfolio Recovery Associates, LLC
successor to COMENITY BANK (CARSON'
POB 41067
Norfolk VA 23541

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: SCHWEINLER, JUDITH                     §     Case No. 15-80547-TML
                                              §
                                              §
                                              §
Debtor(s)                                     §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JAMES E. STEVENS                      , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court
Stanley J. Roszkowski U.S. Courthouse
327 South Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee. A hearing on the fee applications and any objection to the Final
Report will be held at 09:30AM on 06/22/2016 in Courtroom 3100, United States Courthouse,
327 South Church Street
Rockford, IL 61101 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: SCHWEINLER, JUDITH

§  Case No. 15-80547-TML
§
§
Debtor(s)   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,600.00 |
| *and approved disbursements of* | $ 80.00 |
| *leaving a balance on hand of* <sup>1</sup> | $ 5,520.00 |

**Balance on hand:**   $   5,520.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | | None | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   5,520.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,310.00 | 0.00 | 1,310.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,691.00 | 0.00 | 1,691.00 |

Total to be paid for chapter 7 administration expenses:   $   3,001.00
Remaining balance:   $   2,519.00

<sup>1</sup> The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------|--------------------------|------------------|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $            0.00

Remaining balance:  $            0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------|--------------------------|------------------|
| None | | | | |

Total to be paid for subordinated claims: $            0.00

Remaining balance:  $            0.00

Prepared By:   /s/JAMES E. STEVENS

Trustee, Bar No.: 3128256

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)