**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: SCHWEINLER, JUDITH    § Case No. 15-80547
                             §
                             §
Debtor(s)                    §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $157,508.00          Assets Exempt: $37,358.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,519.00    Claims Discharged
                                              Without Payment: $38,425.39

Total Expenses of Administration: $3,081.00

---

    3) Total gross receipts of $ 5,600.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,600.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $162,251.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,081.00 | 3,081.00 | 3,081.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 41,080.00 | 19,405.39 | 19,405.39 | 2,519.00 |
| **TOTAL DISBURSEMENTS** | $203,331.00 | $22,486.39 | $22,486.39 | $5,600.00 |

    4) This case was originally filed under Chapter 7 on February 28, 2015. The case was pending for 20 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/07/2016         By: /s/JAMES E. STEVENS
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Mass Mutual Whole Life Insurance | 1129-000 | 700.00 |
| 2014 state and federal tax refund | 1124-000 | 1,400.00 |
| 2010 Hyundai Santa Fe with 65,000 miles | 1129-000 | 3,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,600.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | 2 Green TREE Servicing L | 4110-000 | 157,061.00 | N/A | N/A | 0.00 |
| NOTFILED | 1 BK OF AMER | 4110-000 | 3,972.00 | N/A | N/A | 0.00 |
| NOTFILED | 3 Winding Creek Townhome Assoc Bankruptcy Dept | 4110-000 | 1,218.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$162,251.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,310.00 | 1,310.00 | 1,310.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,691.00 | 1,691.00 | 1,691.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,081.00 | $3,081.00 | $3,081.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 — GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Credit First NA | 7100-000 | 1,601.00 | 1,600.72 | 1,600.72 | 207.79 |
| 2 | Navient Solutions Inc | 7100-000 | 12,058.00 | 11,989.41 | 11,989.41 | 1,556.33 |
| 3 | Cavalry SPV I, LLC | 7100-000 | 3,647.00 | 3,647.04 | 3,647.04 | 473.42 |
| 4 | Portfolio Recovery Associates, LLC | 7100-000 | 603.00 | 603.47 | 603.47 | 78.34 |
| 5 | Jefferson Capital Systems LLC | 7100-000 | 355.00 | 354.89 | 354.89 | 46.07 |
| 6 | Capital One, N.A. | 7100-000 | 1,277.00 | 1,209.86 | 1,209.86 | 157.05 |
| NOTFILED | 13 HSBC BANK Nevada/Cavalry Spy I LIc | 7100-000 | 3,647.00 | N/A | N/A | 0.00 |
| NOTFILED | 8 Chase BP PRVT LBL | 7100-000 | 194.00 | N/A | N/A | 0.00 |
| NOTFILED | 9 Comcast | 7100-000 | 191.00 | N/A | N/A | 0.00 |
| NOTFILED | 14 Kohls/Capone | 7100-000 | 1,209.00 | N/A | N/A | 0.00 |
| NOTFILED | 7 Capital One Bank Bankruptcy Department | 7100-000 | 2,078.00 | N/A | N/A | 0.00 |
| NOTFILED | 18 Sears/CBNA | 7100-000 | 1,911.00 | N/A | N/A | 0.00 |
| NOTFILED | 19 Syncb/CARE CREDIT | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 16 Mcydsnb | 7100-000 | 533.00 | N/A | N/A | 0.00 |
| NOTFILED | 20 Syncb/HOME SHOPPING | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 15 Macys American Express | 7100-000 | 2,501.00 | N/A | N/A | 0.00 |
| NOTFILED | 2 BK OF AMER | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 1 Amexdsnb | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | 4 BK OF AMER | 7100-000 | 4,783.00 | N/A | N/A | 0.00 |
| NOTFILED | 3 BK OF AMER | 7100-000 | 1,992.00 | N/A | N/A | 0.00 |
| NOTFILED | 5 CAP1/Carsn | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$41,080.00** | **$19,405.39** | **$19,405.39** | **$2,519.00** |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-80547  
**Case Name:** SCHWEINLER, JUDITH  

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 02/28/15 (f)  
**§341(a) Meeting Date:** 04/02/15  

**Period Ending:** 11/07/16  
**Claims Bar Date:** 07/23/15  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  1 Clara Ct Algonquin, IL 60102 | 140,000.00 | 0.00 | | 0.00 | FA |
| 2  Baxter Credit Union checking account | 0.00 | 0.00 | | 0.00 | FA |
| 3  checking account with Meadows Credit Union | Unknown | 0.00 | | 0.00 | FA |
| 4  Savings account with Baxter Credit Union | 0.00 | 0.00 | | 0.00 | FA |
| 5  Meadows Credit Union savings account | 3.00 | 0.00 | | 0.00 | FA |
| 6  Baxter Credit Union savings account | 5.00 | 0.00 | | 0.00 | FA |
| 7  Meadows Credit Union checking account | 200.00 | 0.00 | | 0.00 | FA |
| 8  Used household goods; TV, DVD player, TV stand, | 1,000.00 | 0.00 | | 0.00 | FA |
| 9  Books, CD's, DVD's, Tapes/Records, Family Pictur | 200.00 | 0.00 | | 0.00 | FA |
| 10  Necessary wearing apparel. | 50.00 | 0.00 | | 0.00 | FA |
| 11  Earrings, watch, costume jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 12  Mass Mutual Whole Life Insurance    See Order to Sell Assets entered September 16, 2015. | 1,363.00 | 1,363.00 | | 700.00 | FA |
| 13  Pension w/ Employer/Former Employer - 100% Exemp | 16,000.00 | 0.00 | | 0.00 | FA |
| 14  2014 state and federal tax refund    See Order to Sell Assets entered September 16, 2015. | 1,700.00 | 1,700.00 | | 1,400.00 | FA |
| 15  2010 Hyundai Santa Fe with 65,000 miles    See Order to Sell Assets entered September 16, 2015. | 10,000.00 | 4,100.00 | | 3,500.00 | FA |
| 16  Family Pets/Animals: 1 dog, 1 cat | 0.00 | 0.00 | | 0.00 | FA |
| 16  **Assets    Totals** (Excluding unknown values) | **$170,571.00** | **$7,163.00** | | **$5,600.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Printed: 11/07/2016 06:43 AM    V.13.28

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-80547
**Case Name:** SCHWEINLER, JUDITH

**Period Ending:** 11/07/16

**Trustee:** (330420) JAMES E. STEVENS
**Filed (f) or Converted (c):** 02/28/15 (f)
**§341(a) Meeting Date:** 04/02/15
**Claims Bar Date:** 07/23/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2016     **Current Projected Date Of Final Report (TFR):** April 25, 2016 (Actual)

Printed: 11/07/2016 06:43 AM     V.13.28

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 15-80547 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | SCHWEINLER, JUDITH | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******4166 - Checking Account |
| Taxpayer ID #: | **-***9573 | | Blanket Bond: | $6,620,000.00 (per case limit) |
| Period Ending: | 11/07/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/24/15 | | Judith Schweinler | Bankruptcy Estate's interest in non-exempt assets | | 4,900.00 | | 4,900.00 |
| | {14} | | | 1,400.00 | 1124-000 | | 4,900.00 |
| | {15} | | | 3,500.00 | 1129-000 | | 4,900.00 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,890.00 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,880.00 |
| 10/01/15 | {12} | Judith Schweinler | Monthly installment payment pursuant to Order to Sell Assets entered September 16, 2015 | 1129-000 | 100.00 | | 4,980.00 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,970.00 |
| 11/02/15 | {12} | Judith Schweinler | Monthly installment payment pursuant to Order to Sell Assets entered September 16, 2015 | 1129-000 | 100.00 | | 5,070.00 |
| 11/30/15 | {12} | Judith Schweinler | non-exempt assets | 1129-000 | 100.00 | | 5,170.00 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,160.00 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,150.00 |
| 01/05/16 | {12} | BCU/Judith Schweinler | Monthly installment - non exempt assets | 1129-000 | 100.00 | | 5,250.00 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,240.00 |
| 02/02/16 | {12} | Judith Schweinler | monthly installment - non exempt assets | 1129-000 | 100.00 | | 5,340.00 |
| 03/01/16 | {12} | Judith Schweinler | monthly payment - non exempt assets | 1129-000 | 100.00 | | 5,440.00 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,430.00 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,420.00 |
| 04/05/16 | {12} | Judith Schweinler | monthly payment non exempt assets | 1129-000 | 100.00 | | 5,520.00 |
| 06/23/16 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,691.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,691.00 | 3,829.00 |
| 06/23/16 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $1,310.00, Trustee Compensation; Reference: | 2100-000 | | 1,310.00 | 2,519.00 |
| 06/23/16 | 103 | Credit First NA | Dividend paid 12.98% on $1,600.72; Claim# 1; Filed: $1,600.72; Reference: | 7100-000 | | 207.79 | 2,311.21 |
| 06/23/16 | 104 | Navient Solutions Inc | Dividend paid 12.98% on $11,989.41; Claim# 2; Filed: $11,989.41; Reference: | 7100-000 | | 1,556.33 | 754.88 |
| 06/23/16 | 105 | Cavalry SPV I, LLC | Dividend paid 12.98% on $3,647.04; Claim# 3; Filed: $3,647.04; Reference: | 7100-000 | | 473.42 | 281.46 |
| 06/23/16 | 106 | Portfolio Recovery Associates, LLC | Dividend paid 12.98% on $603.47; Claim# 4; Filed: $603.47; Reference: | 7100-000 | | 78.34 | 203.12 |
| 06/23/16 | 107 | Jefferson Capital Systems LLC | Dividend paid 12.98% on $354.89; Claim# 5; Filed: $354.89; Reference: | 7100-000 | | 46.07 | 157.05 |
| 06/23/16 | 108 | Capital One, N.A. | Dividend paid 12.98% on $1,209.86; Claim# 6; Filed: $1,209.86; Reference: | 7100-000 | | 157.05 | 0.00 |

Subtotals : $5,600.00  $5,600.00

{} Asset reference(s)

Printed: 11/07/2016 06:43 AM  V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 15-80547 | | **Trustee:** | JAMES E. STEVENS (330420) |
| --- | --- | --- | --- | --- |
| **Case Name:** | SCHWEINLER, JUDITH | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******4166 - Checking Account |
| **Taxpayer ID #:** | **-***9573 | | **Blanket Bond:** | $6,620,000.00 (per case limit) |
| **Period Ending:** | 11/07/16 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | **ACCOUNT TOTALS** | | 5,600.00 | 5,600.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 5,600.00 | 5,600.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,600.00** | **$5,600.00** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- |
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******4166** | 5,600.00 | 5,600.00 | 0.00 |
| | **$5,600.00** | **$5,600.00** | **$0.00** |

{} Asset reference(s)    Printed: 11/07/2016 06:43 AM    V.13.28